IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re,

FLORENCE WALKER,

        Defendants.

No. C 17-3932 WHA (PR)

**ORDER OF DISMISSAL**

This is a civil action opened based upon a filing by plaintiff, a California prisoner proceeding pro se, complaining about prison conditions. On July 12, 2017, the clerk sent to plaintiff notices to file a civil rights complaint and application to proceed in forma pauperis in order to proceed with this case (ECF Nos. 3, 4). On July 25, 2017, the order was returned by the postal service as undeliverable because plaintiff was not located at the address she provided. Plaintiff has not notified the clerk of his current address. Pursuant to Local Rule 3-11(b) — requiring parties to keep the court informed of their current mailing address and stating that the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case without prejudice — this case is **Dismissed** without prejudice. *See also* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: September  26  , 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE